IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2025 AUG 15 PM 4:17 KB
CLERK - LAS CRUCES

UNITED STATES OF AMERICA,
Plaintiff,

vs.                                                    25cv785

GILBERT DURAN
Defendant.

## NOTICE IN PROPIA PERSONA

We; Man: Gilbert: Duran. In Propia Persona; Flesh and Blood Man, Sui Juris; One OF The People, De Jure; Special Represinative/Beneficiary, Age of Majority;

For,
Defendant,
GILBERT DURAN

Comes; Now: We; Man: Gilbert: Duran. In Propia Persona; Sui Juris; ect...
Hence; Forth: In My True; Flesh and Blood Legal Capacity Litagate; For The Sake of Perjury Now Requires Your Honor As Well As Any/All Acting AGENTS

Agents for THE UNITED STATES OF AMERICA; As Well As Any Agents/AGENTS, For The STATE OF NEW MEXICO For THE UNITED STATES OF AMERICA'S Behalf; I Now Require All To put Their Oath OF office As Well As THEIR Foriegn/Non Foriegn Registry for The Sake OF Perjury; In The Proper-Grammar-Sentence-Structure: Parse-Syntax; Failure To Do So is At Exhaustion OF THE UNITED STATES OF AMERICA, Plaintiff, As Well All MATTERS Need To Be Hand Delivered 21 Days In Person From Hence; Forth. This 10th Day of August 2025.

Respectfully,

N/A  UCC 306.1 §7.D.C. 308.0
:Gilbert:Duran.

D̃i
Deputy Court Clerk



Gilbert Duran
850 Copper loop Dr.
Las Cruces NM 88005

RECEIVED
UNITED STATES DISTRICT
LAS CRUCES, NEW MEXICO
AUG 15 2025
MITCHELL R. ELFERTS
CLERK OF COURT

EL PASO TX 798
RIO GRANDE DISTRICT
14 AUG 2025
Inmate Correspondence

UNITED STATES DISTRICT
COURT CLERK
100 N. CHURCH ST.
LAS CRUCES NM 88001

88001-357200